UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ALEXANDER,

    Plaintiff,

vs.                                                CASE NO. 06-13537
                                                HON. LAWRENCE P. ZATKOFF,

CLARENCE POWELL and
CYNTHIA GAUSE,

    Defendants.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

        Plaintiff filed a Motion to Transfer Case (Docket #18). This matter is currently before the Court on Magistrate Judge Komives' Report and Recommendation of April 11, 2007, in which the Magistrate Judge recommends that Plaintiff's Motion be granted. The Court understands that the Defendants concur in this request.

        After a thorough review of the court file, the Plaintiff's Motion, and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

        Therefore, IT IS HEREBY ORDERED that Plaintiff's Motion to Transfer Case is GRANTED. An Order of Reassignment shall be entered accordingly.

    IT IS SO ORDERED.

                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated: May 9, 2007

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 9, 2007.

      s/Marie E. Verlinde
Case Manager
(810) 984-3290

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ALEXANDER,

    Plaintiff,

vs.                                        CASE NO. 06-13537
                                        HON. LAWRENCE P. ZATKOFF,
CLARENCE POWELL and
CYNTHIA GAUSE,

    Defendants.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

        Plaintiff filed a Motion to Transfer Case (Docket #18). This matter is currently before the Court on Magistrate Judge Komives' Report and Recommendation of April 11, 2007, in which the Magistrate Judge recommends that Plaintiff's Motion be granted. The Court understands that the Defendants concur in this request.

        After a thorough review of the court file, the Plaintiff's Motion, and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

        Therefore, IT IS HEREBY ORDERED that Plaintiff's Motion to Transfer Case is GRANTED. An Order of Reassignment shall be entered accordingly.

    IT IS SO ORDERED.

                                            s/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            UNITED STATES DISTRICT JUDGE

Dated: May 9, 2007

CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 9, 2007.

                s/Marie E. Verlinde
                Case Manager
                (810) 984-3290